AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:20-cv-03187

V.

ASSIGNED JUDGE: Honorable Mary M. Rowland

DESIGNATED MAGISTRATE JUDGE: Honorable Sheila M. Finnegan

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Nicole Gibson*

(By) DEPUTY CLERK

June 1, 2020

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>6/4/2020 |
| NAME OF SERVER *(PRINT)*<br>Maria Reyes | TITLE<br>Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Corporate Service on Registered Agent, CT Corporation System, at 208 N. LaSalle Street, Suite 814, Chicago, IL 60604; I Maria Reyes, by instruction of Reg. Agent, created a job for service at https://intake.ctcorporation.com (Job #7234). After approval from intake admin., I left an enclosed packet in the mail bin located outside of CT Corp. System's office suite which included copies of: Summons, Complaint, Ex. 1 to Complaint, 4th Amended General Order 20-0012, and Mandatory Initial Discovery Pilot Documents, on June 4, 2020. Confirmed receipt via e-mail, by intake Specialist Martello Gillespie, on 6/8/2020

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/9/2020
             Date

*Signature of Server* Maria Reyes

77 W. Washington Street, Suite 1402, Chicago, IL 60604
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.