# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Lisa Piazza

                    Plaintiff,

v.                                                Case No.: 1:20−cv−03187
                                                  Honorable Mary M. Rowland

New Albertsons, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 4, 2022:

        MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge motion hearing held on 11/4/2022 as to Defendants' Motion to Compel Discovery [139]. For reasons stated on the record, the motion is granted in part and denied in part. By 11/18/2022: (1) Plaintiff Piazza is to produce her resume in native format with metadata in response to RFP 5; (2) the Responsive Opt−In Plaintiffs are to produce emails and texts responsive to RFP 3 located through the attorney−guided search described on the record; and (3) Plaintiff Piazza and Responsive Opt−In Plaintiffs are to submit supplemental and verified discovery responses that omit statements that searches are continuing (all searches must be completed) and that state whether any responsive materials are being withheld based on stated objections. As part of their supplemental verified discovery responses, the Court further orders that Responsive Opt−In Plaintiffs identified in the motion to compel as having deficient responses are to (a) for interrogatory 1, answer in full and confirm that they have provided all information within their recollection (but retired Opt−In Ray need not supplement); (b) for interrogatory 2, provide supplemental information if the Plaintiff held the Assistant Store Director ("ASD") position for less than 5 years and was not employed at Jewel in the 3 years before becoming an ASD; (c) for interrogatory 3, provide best recollections of dates and details for any degrees or certificates (other than those obtained during employment with Jewel) that were completed within the last 5 years; and (d) for interrogatory 4, confirm that the answer is complete according to best recollections of any formal as well as informal complaints. Finally, the 9 Non−Responsive Opt−In Plaintiffs for whom Defendants have received no discovery responses at all are ordered to provide verified responses to all discovery requests by 11/18/2022. Failure to do so will result in the Court recommending that the district judge dismiss these individuals from the case. The parties are to confer about any verified supplemental discovery responses that are provided pursuant to this order, and file a Joint Status Report by 12/9/2022 identifying any outstanding issues. Telephone status hearing is set for 12/14/2022 at 4:00 p.m. The toll−free number for the next hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.