UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA PIAZZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW ALBERTSONS, LP; JEWEL FOOD STORES, INC.; and AMERICAN DRUG STORES, LLC d/b/a JEWEL-OSCO,<br><br>Defendants. | No. 1:20-cv-03187<br><br>Judge Mary M. Rowland<br><br>Magistrate Sheila M. Finnegan |

**JOINT MOTION FOR COURT APPROVAL AND ENTRY OF STIPULATION ON DEFENDANTS' EMERGENCY MOTION FOR STAY OF LITIGATION AND EMERGENCY HEARING REGARDING PLAINTIFF'S COUNSEL JASON CONWAY'S POTENTIAL WITNESS TAMPERING AND FRAUDULENT REPRESENTATIONS REGARDING INTERROGATORY VERIFICATIONS**

Plaintiff Lisa Piazza ("Plaintiff") and Defendants, New Albertsons, L.P., incorrectly named New Albertsons, Inc., Jewel Food Stores, Inc. d/b/a "Jewel" and American Drug Stores, LLC, d/b/a "Osco" ("Defendants") (collectively, "the Parties"), by and through their undersigned counsel, hereby submit the following Joint Motion for Approval and Entry of Stipulation. In support of their Motion, the Parties state as follows:

**I.      Background**

1.      This action was commenced on May 29, 2020, and seeks the recovery of unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and Illinois Minimum Wage Law ("IMWL"), 820 ILCS 105/1, *et seq.* on behalf of an FLSA collective and Rule 23 class comprising Jewel-Osco's current and former Assistant Store Directors ("ASDs"). (*See generally*, Dkt. 1 (Class and Collective Action Complaint)).

2. On June 2, 2023, Defendants filed an Emergency Motion for Stay of Litigation and Emergency Hearing Regarding Plaintiff's Counsel Jason Conway's Potential Witness Tampering and Fraudulent Representations Regarding Interrogatory Verifications ("Defendants' Emergency Motion"). (Dkt. 176).

3. On June 5, 2023, the Court entered a briefing schedule providing Plaintiff until June 9, 2023, to submit a response to Defendants' Emergency Motion and to schedule a short hearing by video on June 7, 2023. (Dkt. 178).

4. On June 7, 2023, the Court held an emergency hearing by video on Defendants' Emergency Motion. The Court took the matter under advisement, ordered a temporary stay of discovery until further order of the Court, affirmed that Plaintiff had until June 9, 2023 to respond to Defendants' Emergency Motion, and ordered Defendants to file their Reply by June 16, 2023. (Dkt. 179).

5. On June 9, 2023, Plaintiff requested and was granted an extension until June 12, 2023, to submit her Response to Defendants' Emergency Motion. Defendants reply date was revised to June 19, 2023. (Dkt. 182).

6. On June 12, 2023, Plaintiff filed her Response in Opposition to Defendants' Emergency Motion and Cross-Motion for Sanctions and Depositions of Eric Stevenson and Luigi De Matteo ("Plaintiff's Cross Motion for Sanctions"). (Dkt. 183). In the Response, Plaintiff's Counsel deny the allegations in Defendants' Emergency Motion. Plaintiff thereafter supplemented the filings with various exhibits between June 14, 2023, and June 15, 2023. (Dkt. Nos. 185, 187, 188).

7. On June 22, 2023 (upon order of extension by the Court, Dkt. 189), Defendants filed their Reply in Support of their Emergency Motion. (Dkt. 194).

8. On June 27, 2023, Plaintiff filed a Reply in Support of Plaintiff's Cross-Motion for Sanctions and Depositions. (Dkt. 197).

9. On June 28, 2023, Plaintiff filed a Motion for Leave to File Amended Class and Collective Action Complaint ("Plaintiff's Motion to Amend"). (Dkt. 198).

10. On July 5, 2023, the Court held a motion hearing by video on Plaintiff's Motion for a Continuance of Depositions, Defendants' Emergency Motion, and Plaintiff's Cross Motion for Sanctions. After hearing argument from both Parties, the Court took Defendants' Emergency Motion and Plaintiff's Cross Motion for Sanctions under advisement and further ordered Plaintiff to file the following additional information by July 17, 2023:

   a. A document identifying each alleged statement of opposing counsel made in writing or during a court hearing that Plaintiff's counsel believed to be a threat to seek sanctions against Discovery Opt-Ins personally (copies of written documents containing the statements should be attached);

   b. A declaration from paralegal Cheryl Hesson of Levin Sedran & Berman to supplement the June 12, 2023 declaration of Mr. Levin describing Ms. Hesson's written and verbal communications with Discovery Opt-Ins (between 10/21/2022 and 5/26/2023) regarding discovery responses and whether and when she drafted any discovery responses, and to whom she provided the responses (e.g., Mr. Conway and Opt-Ins), and when and how this was done;

   c. Copies of all emails sent by Mr. Conway and Ms. Hesson to the Opt-Ins (or received from the Opt-Ins) between 10/1/2022 and 5/26/2023 relating to their discovery responses;

   d. Copies of all emails exchanged between Mr. Conway and Ms. Hesson between 10/1/2022 and 5/26/2023 relating to the Opt-In discovery responses. If a privilege is asserted as to any particular email, Plaintiff may provide it to the Court for in camera review on a provisional basis;

   e. Phone records that identify calls between Ms. Hesson and the Discovery Opt-Ins between 10/1/2022 and 5/26/2023; and

   f. Screenshots of the original pdf verifications saved in a folder on Mr. Conway's work computer (as described by him during the hearing) reflecting the date each

3

was created and modified.

(Dkt. 203).

11. On July 12, 2023, Plaintiffs filed a Motion for Extension of Time to Submit Additional Materials Pursuant to Court Order dated July 5, 2023. (Dkt. 204). The Court granted the extension for Plaintiff to file the supplemental materials until July 24, 2023. (Dkt. 205).

12. A video hearing on Defendants' Emergency Motion and Plaintiff's Cross Motion is currently scheduled for August 8, 2023. (Dkt. Nos. 203, 205).

## II. Relief Sought in Defendants' Emergency Motion

13. Defendants' Emergency Motion seeks that in the event the Court determines (whether through the Court's own investigation or appointment of a Special Master at Mr. Conway's expense) that Mr. Conway engaged in witness coercion or knowingly misrepresented that his clients verified their interrogatory responses, that the Court impose the following sanctions: (1) Mr. Conway be disqualified from this case; (2) Mr. Conway's *pro hac vice* admission be revoked; and (3) monetary sanctions be imposed against Mr. Conway. (Dkt. Nos. 176 and 194).

14. In their Reply, Defendants also requested that Plaintiff's Cross Motion for Sanctions be denied as without merit and brought in bad faith. (Dkt. 194).

## III. Plaintiff's Motion to Amend Complaint

15. Plaintiff's Motion to Amend seeks to expand the scope of the collective and class(es) to include assistant store directors employed by other entities and banner divisions beyond the currently certified collective of ASDs employed by Jewel-Osco entity.

16. Pursuant to a joint request, the Parties' briefing on Plaintiff's Motion to Amend is stayed pending Judge Finnegan's ruling on Defendants' Emergency Motion and Plaintiff's Cross

4

Motion for Sanctions. (Dkt. 211).

### III. Plaintiff's Counsel Requests to Meet and Confer

17. On July 12, 2023, Plaintiff's Counsel Daniel Levin ("Mr. Levin") emailed Defendants' counsel to schedule a call to discuss Defendants' Emergency Motion. Defendants' attorneys, Jennifer Schilling and Lisa Schreter, agreed to schedule a call with Mr. Levin for the afternoon of July 12, 2023.

18. During this call, Mr. Levin asked if the parties could confer and resolve Defendants' pending Emergency Motion on amicable terms which would include providing Defendants' requested relief to have Mr. Conway completely recused from the case including abstaining from any further contact with any Opt-In or putative Class member or further engagement in any capacity on this matter.

19. Between July 12 and July 19, Mr. Levin and Ms. Schilling and Ms. Schreter engaged in several meet and confers regarding potential resolution of Defendants' Emergency Motion, Defendants' objections to Plaintiff's Motion to Amend the Complaint, Plaintiff's Cross Motion for Sanctions, and other appropriate relief including a Corrective Notice to the Class to cure any potential tampering or threats of reprisal, and notice that Mr. Conway is withdrawing from the case and will no longer serve as counsel for the Collective or putative Class.

20. Mr. Levin represented that he has spoken with Mr. Conway and that Mr. Conway has agreed to enter into such agreements, and the Parties have reached a proposed stipulation to resolve these issues.

21. A proposed Stipulation for the Court's review and approval is attached hereto as **Exhibit A**.

22. Upon the Court's approval and entry of the Stipulation, the appropriate Parties will

file:

    a. A Joint Motion to Withdraw Defendants' Emergency Motion and Plaintiff's Cross Motion for Sanctions. (Dkt. Nos. 176, 183). (*See* Proposed Joint Motion attached hereto as **Exhibit B**);

    b. Plaintiff's Motion to Withdraw the Motion to Amend the Complaint. (Dkt. 198). (*See* Proposed Motion to Withdraw Amended Complaint attached hereto as **Exhibit C**);

    c. A proposed Corrective Notice to the remaining Opt-Ins for Court approval. (*See* proposed Corrective Notice attached hereto as **Exhibit D**); and

    d. Mr. Conway's Motion to Withdraw as Counsel for the Plaintiff. (*See* proposed Motion to Withdraw attached hereto as **Exhibit E**).

WHEREFORE, the Parties respectfully request that the Court enter an order approving and entering the Parties' Stipulation on Defendants' Emergency Motion for Stay of Litigation and Emergency Hearing Regarding Plaintiff's Counsel Jason Conway's Potential Witness Tampering and Fraudulent Representations Regarding Interrogatory Verifications.

Dated: July 24, 2023

| | |
|---|---|
| **LISA PIAZZA,** | **NEW ALBERTSONS, INC., JEWEL FOOD STORES, INC., and AMERICAN DRUG STORES, LLC d/b/a JEWEL-OSCO,** |
| *s/ Daniel Levin (w/ permission)* <br> Daniel Levin, Esq. (admitted *pro hac vice*) <br> Nicholas J. Elia, Esq. (admitted *pro hac vice*) <br> **LEVIN SEDRAN BERMAN, LLP** <br> 510 Walnut Street, Suite 500 <br> Philadelphia, PA 19106-3697 <br> Telephone: (215) 592-1500 <br> dlevin@lfsblaw.com <br> nelia@lfsblaw.com | *s/ Jennifer Schilling* <br> Jennifer Schilling ARDC# 6256634 <br> Kerri Feczko ARDC #6320598 <br> **LITTLER MENDELSON, P.C.** <br> 321 North Clark Street, Suite 1100 <br> Chicago, IL 60654 <br> Telephone (312) 372-5520 <br> jschilling@littler.com <br> kfeczko@littler.com |
| Jason Conway, Esq. (admitted *pro hac vice*) <br> **CONWAY LEGAL, LLC** <br> 1700 Market Street, Suite 1005 | Lee Schreter (admitted *pro hac vice*) <br> **LITTLER MENDELSON, P.C.** <br> 3424 Peachtree Road, NE, Suite 1200 <br> Atlanta, GA 30326 |

6

Philadelphia, PA 19103  
Telephone: (215) 278-4782  
Fax: (215) 278-4807  
jconway@conwaylegalpa.com

lschreter@littler.com

**CERTIFICATE OF SERVICE**

I certify that, on July 24, 2023, I caused a true and correct copy of the aforementioned document to be served on the below counsel of record in this matter via the Court's ECF/CM filing system.

| | |
|---|---|
| Daniel Levin, Esq.<br>Nicholas J. Elia, Esq.<br>**LEVIN SEDRAN BERMAN, LLP**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>Telephone: (215) 592-1500<br>dlevin@lfsblaw.com<br>nelia@lfsblaw.com<br><br>***Attorneys for Plaintiff and the ASD Class and ASD Collective*** | Jason Conway, Esq.<br>**CONWAY LEGAL, LLC**<br>1700 Market Street, Suite 1005<br>Philadelphia, PA 19103<br>Telephone: (215) 278-4782<br>Fax: (215) 278-4807<br>jconway@conwaylegalpa.com |

                                            */s/ Jennifer Schilling*
                                            Jennifer Schilling