# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA PIAZZA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>NEW ALBERTSONS, LP; JEWEL FOOD STORES, INC.; and AMERICAN DRUG STORES, LLC d/b/a JEWEL-OSCO,<br><br>      Defendants. | No. 1:20-cv-03187<br><br>Judge Mary M. Rowland<br><br>Magistrate Sheila M. Finnegan |

**JOINT STIPULATION REGARDING DEFENDANTS' EMERGENCY MOTION FOR STAY OF LITIGATION AND EMERGENCY HEARING REGARDING PLAINTIFF'S COUNSEL JASON CONWAY'S POTENTIAL WITNESS TAMPERING AND FRAUDULENT REPRESENTATIONS REGARDING INTERROGATORY VERIFICATIONS**

1.      On June 2, 2023, Defendants filed an Emergency Motion for Stay of Litigation and Emergency Hearing Regarding Plaintiff's Counsel Jason Conway's Potential Witness Tampering and Fraudulent Representations Regarding Interrogatory Verifications ("Defendants' Emergency Motion"). (Dkt. 176).

2.      The Parties have met and conferred and stipulate to the following proposed resolutions of Defendants' Emergency Motion:

      a.   Jason Conway of Conway Legal LLC will withdraw and recuse himself from the above-captioned matter, will file his voluntary motion to withdraw as counsel for Plaintiff and the Collective and putative Class, will have no contact with any Opt-In or putative Class member in or regarding this action, and will not assist or engage in the case in any capacity, other than to transition files.

      b.   Jason Conway waives all rights to file a lien on the case for fees incurred at any time including as a prevailing party or in any settlement reached among the Parties. Additionally, Mr. Conway will not have any input, approval rights, or ability to preclude or interfere with any future settlement among the Parties.

The Parties, however, agree that in the event Plaintiff is a prevailing party in this litigation, Plaintiff's fee petition, filed by other active counsel, may include reasonable time and reasonable fees incurred by Mr. Conway.

c. Plaintiff will file a Motion to Withdraw her Cross Motion for Sanctions and Depositions of Eric Stevenson and Luigi De Matteo (Dkt.183).

d. Plaintiff will file a Motion to Withdraw her Motion for Leave to Amend the Complaint (Dkt. 198) and stipulates that Plaintiff will take no action to refile a Motion to Amend the Complaint in this matter to expand the Collective or putative Class beyond the previously conditionally certified Collective and putative Class of current and former Jewel-Osco Assistant Store Directors employed in Defendants' 188 Jewel-Osco Stores.

e. The Parties will not seek any attorneys' fees and/or costs against the other that are associated with filing and briefing of their respective motions relating to the present dispute.

f. Defendants will file a Motion to Dismiss with Prejudice the following 6 Non-Responsive Opt-ins, and Plaintiff agrees not to oppose the motion:
    i. Timothy Lindberg;
    ii. Ashley Moore;
    iii. Timothy Desch;
    iv. Terri Williams;
    v. Gary Miller; and
    vi. Eric Beauregard[1].

Mr. Levin represents that he is finalizing the discovery answers and production for four Opt-Ins (Nicole Brock, Jessica Kuschel (Burke), Adam Mobley, and Lisa Garland), and will produce the discovery of those four Opt-Ins within 14 days after the Court lifts the current stay on Opt-In discovery. Should Plaintiff fail to produce the four Opt-Ins' discovery by that deadline, Plaintiff will not oppose Defendants' Motion to Dismiss those four Opt-Ins with Prejudice.

g. The Parties will submit for Court approval a Corrected Notice to the individuals who have previously opted-in and have not been dismissed advising that:

    i. Mr. Conway is no longer counsel of record, and that the law firm of Levin Sedran Berman, LLP will continue as counsel for Plaintiff and the Collective and putative Class;

    ii. Each Opt-In has the right to withdraw from the case or continue in the case without any retaliation, including that their employment status will not be affected; and

---

[1] Although Opt-In Eric Beauregard has withdrawn his consent to join in this matter (Dkt. 166), Defendants seek to dismiss him with prejudice consistent with other withdrawn Opt-Ins. (Dkt 153).

iii. If an Opt-In elects to continue in the litigation, they understand their duty to actively participate in the action and discovery (if requested by the parties or ordered by the Court) which may include responding to written requests for information, providing documents including emails and text messages, and appearing to provide sworn testimony in a deposition and at trial.

3. Upon the Court's Approval of the above terms and the Parties' respective filings and compliance with the same, Defendants will withdraw their Motion Emergency Motion for Stay of Litigation and Emergency Hearing Regarding Plaintiff's Counsel Jason Conway's Potential Witness Tampering and Fraudulent Representations Regarding Interrogatory Verifications ("Defendants' Emergency Motion") and all other relief sought therein.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

**LISA PIAZZA,**

**NEW ALBERTSONS, INC., JEWEL FOOD STORES, INC., and AMERICAN DRUG STORES, LLC d/b/a JEWEL-OSCO,**

*s/ Daniel Levin (w/ permission)*
Daniel Levin, Esq.
Nicholas J. Elia, Esq.
**LEVIN SEDRAN BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
dlevin@lfsblaw.com
nelia@lfsblaw.com

*s/ Jennifer Schilling*
Jennifer Schilling ARDC# 6256634
Kerri Feczko ARDC #6320598
**LITTLER MENDELSON, P.C.**
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone (312) 372-5520
jschilling@littler.com
kfeczko@littler.com

Jason Conway, Esq. (admitted *pro hac vice*)
**CONWAY LEGAL, LLC**
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Telephone: (215) 278-4782
Fax: (215) 278-4807
jconway@conwaylegalpa.com

Lee Schreter (admitted *pro hac vice*)
**LITTLER MENDELSON, P.C.**
3424 Peachtree Road, NE, Suite 1200
Atlanta, GA 30326
lschreter@littler.com

***Counsel for Defendants***

***Counsel for Plaintiff and the ASD Collective
and Putative Class***

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on July 24, 2023, I caused a true and correct copy of the aforementioned document to be served on the below counsel of record in this matter via the Court's ECF/CM filing system.

Daniel Levin, Esq.
Nicholas J. Elia, Esq.
**LEVIN SEDRAN BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
dlevin@lfsblaw.com
nelia@lfsblaw.com

Jason Conway, Esq.
**CONWAY LEGAL, LLC**
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Telephone: (215) 278-4782
Fax: (215) 278-4807
jconway@conwaylegalpa.com

*/s/ Jennifer Schilling*
Jennifer Schilling

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **LISA PIAZZA, individually and on behalf of all others similarly situated,** | |
| Plaintiff, | |
| v. | Case No. 20-cv-3187 |
| **NEW ALBERTSONS, INC., JEWEL FOOD STORES, INC., and AMERICAN DRUG STORES, LLC d/b/a JEWEL-OSCO,** | Honorable Mary M. Rowland |
| | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

**JOINT MOTION TO WITHDRAW (1) DEFENDANTS' EMERGENCY MOTION FOR STAY OF LITIGATION AND EMERGENCY HEARING REGARDING PLAINTIFF'S COUNSEL JASON CONWAY'S POTENTIAL WITNESS TAMPERING AND FRAUDULENT REPRESENTATIONS REGARDING INTERROGATORY VERIFICATIONS AND (2) PLAINTIFF'S CROSS MOTION FOR SANCTIONS AND DEPOSITIONS OF ERIC STEVENSON AND LUIGI DE MATTEO**

Plaintiff Lisa Piazza ("Plaintiff") and Defendants, New Albertsons, L.P., incorrectly named New Albertsons, Inc., Jewel Food Stores, Inc. d/b/a "Jewel" and American Drug Stores, LLC, d/b/a "Osco" ("Defendants") (collectively, "the Parties"), by and through their undersigned counsel and pursuant to their Joint Motion for Court Approval and Entry of Stipulation (Dkt. 212), hereby submit the following Joint Motion to Withdraw: (1) Defendants' Emergency Motion for Stay of Litigation and Emergency Hearing Regarding Plaintiff's Counsel Jason Conway's Potential Witness Tampering and Fraudulent Representations Regarding Interrogatory Verifications (Dkt. 176) and (2) Plaintiff's Cross Motion for Sanctions and Depositions of Eric Stevenson and Luigi De Matteo (Dkt. 183). In support of their Motion, the Parties state as follows:

1.      On June 2, 2023, Defendants filed their Emergency Motion for Stay of Litigation and Emergency Hearing Regarding Plaintiffs' Counsel Jason Conway's Potential Witness

Tampering and Fraudulent Representations Regarding Interrogatory Verifications (hereinafter "Emergency Motion"). (Dkt. 176).

2.     On June 12, 2023, Plaintiff filed her Response to Defendant's Emergency Motion and a Cross Motion for Sanctions and Depositions of Eric Stevenson and Luigi De Matteo (hereinafter "Plaintiff's Cross Motion for Sanctions"). (Dkt. 183).

3.     On June 22, 2023, Defendants filed their Reply in Support of their Emergency Motion. (Dkt. 194).

4.     On June 27, 2023, Plaintiff filed her Reply in support of her Cross Motion for Sanctions. (Dkt. 197).

5.     On July 5, 2023, the Parties appeared before Magistrate Judge Finnegan via videoconference for a motion hearing on Defendants' Emergency Motion and Plaintiff's Cross Motion for Sanctions. (Dkts. 195 and 203).

6.     After hearing argument from both Parties, the Court took Defendants' Emergency Motion and Plaintiff's Cross Motion for Sanctions under advisement and further ordered Plaintiff to file the following additional information by July 17, 2023:

    a.  A document identifying each alleged statement of opposing counsel made in writing or during a court hearing that Plaintiff's counsel believed to be a threat to seek sanctions against Discovery Opt−Ins personally (copies of written documents containing the statements should be attached);

    b.  A declaration from paralegal Cheryl Hesson of Levin Sedran & Berman to supplement the June 12, 2023 declaration of attorney Levin describing Ms. Hesson's written and verbal communications with Discovery Opt−Ins (between 10/21/2022 and 5/26/2023) regarding discovery responses. That declaration should also state whether and when Ms. Hesson drafted any discovery responses, and to whom she provided the responses (e.g., Mr. Conway and Opt−Ins), and when and how this was done;

    c.  Copies of all emails sent by Mr. Conway and Ms. Hesson to the Opt−Ins (or received from the Opt−Ins) between 10/1/2022 and 5/26/2023 relating to their

discovery responses;

    d. Copies of all emails exchanged between Mr. Conway and Ms. Hesson between 10/1/2022 and 5/26/2023 relating to the Opt−In discovery responses. If a privilege is asserted as to any particular email, Plaintiff may provide it to the Court for in camera review on a provisional basis;

    e. Phone records (similar to those provided for Mr. Conway) that identify calls between Ms. Hesson and the Discovery Opt−Ins between 10/1/2022 and 5/26/2023; and

    f. Screenshots of the original pdf verifications saved in a folder on Mr. Conway's work computer (as described by him during the hearing) reflecting the date each was created and modified. (Dkt. 203).

7.    On July 12, 2023, Plaintiffs filed a Motion for Extension of Time to Submit Additional Materials Pursuant to Court Order dated July 5, 2023. (Dkt. 204). The Court granted the extension for Plaintiff to file the supplemental materials until July 24, 2023. (Dkt. 205).

8.    A video hearing on Defendants' Emergency Motion and Plaintiff's Cross Motion for Sanctions is currently scheduled for August 8, 2023. (Dkt. Nos. 203, 205).

9.    As set forth in the Parties' Joint Stipulation Regarding Defendants' Emergency Motion and corresponding Joint Motion for Court Approval and Entry (Dkts. 212), the Parties jointly and respectfully request the following:

    a. That Defendants be granted leave to withdraw their Emergency Motion (Dkt. 176);

    b. That Plaintiff be granted leave to withdraw her Cross Motion for Sanctions (Dkt. 183); and

    c. The Parties agree that they shall each bear their own attorneys' fees and costs as a result of bringing this motions.

10.    The Parties submit this joint motion in good faith and is not intended for purposes of delay or any improper purpose.

WHEREFORE, the Parties jointly and respectfully request that the Court enter an order

granting: (1) Defendants' request to withdraw their Emergency Motion for Stay of Litigation and Emergency Hearing Regarding Plaintiffs' Counsel Jason Conway's Potential Witness Tampering and Fraudulent Representations Regarding Interrogatory Verifications (Dkt. 176); (2) Plaintiff's request to withdraw her Cross Motion for Sanctions and Depositions of Eric Stevenson and Luigi De Matteo (Dkt. 183); and (3) any further relief that this Court deems just.

Dated: July 24, 2023                                       Respectfully submitted:

**LISA PIAZZA,**                                           **NEW ALBERTSONS, INC., JEWEL FOOD STORES, INC., and AMERICAN DRUG STORES, LLC d/b/a JEWEL-OSCO,**

*s/ Daniel Levin (w/ permission)*                          *s/ Jennifer Schilling*
Daniel Levin, Esq. (admitted *pro hac vice*)               Jennifer Schilling ARDC# 6256634
Nicholas J. Elia, Esq. (admitted *pro hac vice*)           Kerri Feczko ARDC #6320598
**LEVIN SEDRAN BERMAN, LLP**                               **LITTLER MENDELSON, P.C.**
510 Walnut Street, Suite 500                               321 North Clark Street, Suite 1100
Philadelphia, PA 19106-3697                                Chicago, IL 60654
Telephone: (215) 592-1500                                  Telephone (312) 372-5520
dlevin@lfsblaw.com                                         jschilling@littler.com
nelia@lfsblaw.com                                          kfeczko@littler.com

                                                           Lee Schreter (admitted *pro hac vice*)
Jason Conway, Esq. (admitted *pro hac vice*)               **LITTLER MENDELSON, P.C.**
**CONWAY LEGAL, LLC**                                      3424 Peachtree Road, NE, Suite 1200
1700 Market Street, Suite 1005                             Atlanta, GA 30326
Philadelphia, PA 19103                                     lschreter@littler.com
Telephone: (215) 278-4782
Fax: (215) 278-4807
jconway@conwaylegalpa.com

4

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 24, 2023 she caused a copy of the foregoing *Joint Motion to Withdraw (1) Defendants' Emergency Motion for Stay of Litigation and Emergency Hearing Regarding Plaintiffs' Counsel Jason Conway's Potential Witness Tampering and Fraudulent Representations Regarding Interrogatory Verifications and (2) Plaintiff's Cross Motion for Sanctions and Depositions of Eric Stevenson and Luigi De Matteo* to be filed electronically with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which will send notification of such filing to the following parties:

Daniel Levin, Esq.
Nicholas J. Elia, Esq.
**LEVIN SEDRAN BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
dlevin@lfsblaw.com
nelia@lfsblaw.com

Jason Conway, Esq.
**CONWAY LEGAL, LLC**
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Telephone: (215) 278-4782
Fax: (215) 278-4807
jconway@conwaylegalpa.com

*Attorneys for Plaintiff and the ASD Class and ASD Collective*

/s/ Jennifer Schilling
Jennifer Schilling

5

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LISA PIAZZA, individually and on behalf of all others similarly situated,** | |
| Plaintiff, | Case No.  20-cv-3187 |
| v. | Honorable Mary M. Rowland |
| **NEW ALBERTSONS, INC., JEWEL FOOD STORES, INC., and AMERICAN DRUG STORES, LLC d/b/a JEWEL-OSCO,** | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW HER MOTION
FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Lisa Piazza ("Plaintiff"), on behalf of herself and the putative class and collective, by and through the undersigned counsel, and for her Unopposed Motion to Withdraw her Motion for Leave to Amend Complaint (Dkt. 198), states as follows:

1.      This action was commenced on May 29, 2020, and seeks the recovery of unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and Illinois Minimum Wage Law ("IMWL"), 820 ILCS 105/1, *et seq.* on behalf of an FLSA collective and Rule 23 class comprising Jewel-Osco's current and former Assistant Store Directors ("ASDs").  (*See generally*, Dkt. 1 (Class and Collective Action Complaint)).

2.      On June 2, 2023, Defendants filed an Emergency Motion For Stay of Litigation and Emergency Hearing Regarding Plaintiff's Counsel Jason Conway's Potential Witness Tampering and Fraudulent Representations Regarding Interrogatory Verifications ("Defendants' Emergency Motion"). (Dkt. 176).

3.      On June 28, 2023, Plaintiff filed a Motion for Leave to File Amended Class and

Collective Action Complaint. (Dkt. 198).

4.      Pursuant to a joint request, the Parties' briefing on Plaintiff's Motion to Amend is stayed pending Judge Finnegan's ruling on Defendants' Emergency Motion and Plaintiff's Cross Motion for Sanctions. (Dkt. 211).

5.      As set forth in the Parties' Joint Stipulation Regarding Defendants' Emergency Motion and corresponding Joint Motion for Court Approval and Entry (Dkt. 212), Plaintiff respectfully requests leave to withdraw her Motion for Leave to File Amended Class and Collective Action Complaint. (Dkt. 198).

6.      Plaintiff further stipulates that she will take no action to refile a motion for leave to amend the Complaint in this matter to expand the class, the collective, or class members beyond the previously conditionally certified and putative class of current and former Jewel-Osco Assistant Store Directors employed in Defendants' 188 Jewel-Osco Stores. Plaintiff's decision was made in consultation with new lead counsel, Daniel Levin.

7.      As set forth in the Parties' Joint Stipulation Regarding Defendants' Emergency Motion and corresponding Joint Motion for Court Approval and Entry (Dkt. 212), Defendants do not oppose the granting of this motion.

        WHEREFORE, Plaintiff respectfully requests that the Court grant her Motion to Withdraw her Motion for Leave to Amend Complaint. (Dkt. 198).

Dated: July 24, 2023

                                        Respectfully Submitted,

                                        *s/ Daniel Levin*
                                        Daniel Levin, Esq.
                                        Nicholas J. Elia, Esq.
                                        **LEVIN SEDRAN & BERMAN LLP**
                                        510 Walnut Street, Suite 500
                                        Philadelphia, PA 19106-3697

2

Telephone: (215) 592-1500
dlevin@lfsblaw.com
nelia@lfsblaw.com

Jason Conway, Esq.
**CONWAY LEGAL, LLC**
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Telephone: (215) 278-4782
Fax: (215) 278-4807
jconway@conwaylegalpa.com

***Attorneys for Plaintiff and the ASD Class
and ASD Collective***

3

## **CERTIFICATE OF SERVICE**

I certify that, on July 24, 2023, I caused a true and correct copy of the aforementioned

document to be served on all counsel of record in this matter through operation of the Court's

CM/ECF system.

*/s/ Daniel Levin*
Daniel Levin

# EXHIBIT D

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| |
|---|
| LISA PIAZZA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>NEW ALBERTSONS, INC.; JEWEL FOOD STORES, INC.; and AMERICAN DRUG STORES, LLC d/b/a JEWEL-OSCO,<br><br>        Defendants. |

No. 1:20-cv-03187

Judge Mary M. Rowland

## <u>CORRECTIVE NOTICE OF LAWSUIT</u>

## <u>PLEASE READ THIS NOTICE</u>

| **1.** | **What is this notice about?** |
|---|---|

You previously submitted your consent to join the lawsuit entitled *Piazza v. New Albertsons, Inc., Jewel Food Stores, Inc., and American Drug Stores, LLC d/b/a Jewel-Osco*, regarding your employment as an Assistant Store Director by Jewel-Osco between August 26, 2017 and February 3, 2021.

You are receiving this **CORRECTIVE NOTICE** because there have been some recent developments in the lawsuit that may impact your rights.

| **2.** | **Why did I get this notice?** |
|---|---|

You are receiving this corrective notice because you have previously elected to join this lawsuit. The Court for the Northern District of Illinois has authorized this corrective notice to inform you of some recent case developments.

| **3.** | **Plaintiff's Counsel** |
|---|---|

You have previously been represented by Jason Conway of Conway Legal LLC, Daniel Levin and Nicholas J. Elia of Levin Sedran Berman LLP, and Douglas M. Werman, Maureen A. Salas and Sarah J. Arendt of Werman Salas P.C.

1

**FOR QUESTIONS CONTACT DANIEL LEVIN AT (215) 592-1500 or dlevin@lfsblaw.com**

**Mr. Conway has withdrawn from this case and will no longer represent you or any other individual who has joined this case. As Mr. Conway has withdrawn from this case he should not be contacted regarding this case.**

**Mr. Werman, Ms. Salas, and Ms. Arendt of Werman Salas P.C. have also withdrawn from this case and they will no longer represent you or any other individual who has joined this case.**

You and other ASDs who joined this lawsuit, will continue to be represented by:

**LEVIN SEDRAN & BERMAN LLP**
Daniel Levin, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
dlevin@lfsblaw.com

Please contact Mr. Levin if you have any questions about this Action.

| 4. | Notice of Rights to Stay in Litigation Or Right to Withdraw |
|---|---|

You previously joined this lawsuit. Your rights are protected and your claim for unpaid overtime under Illinois and federal law is being litigated. However, if you no longer wish to pursue your claim, please contact attorney Daniel Levin and you will be withdrawn from this lawsuit without fear of retaliation. If you withdraw, Defendants may ask the Court to bar you from asserting your claims again in the future; however, you will not be required to pay any costs or fees associated with this litigation as Plaintiff's counsel will bear the costs and fees of litigation regardless of whether you withdraw from this lawsuit.

Federal law prohibits an employer from firing or in any way retaliating against you because you have joined this lawsuit. Likewise, it is entirely your decision whether to remain in the lawsuit or elect to withdraw, and you will not be penalized for either decision.

If you believe that you have been penalized, discriminated against, or disciplined in any way as a result of requesting to withdraw or electing to stay in this lawsuit, please contact Mr. Levin as listed above.

| 5. | Legal Effect Of Remaining in The Lawsuit |
|---|---|

It is entirely up to you to decide whether you remain in the lawsuit. If you choose to remain in this lawsuit, you will be bound by any ruling, judgment, or settlement, whether favorable or unfavorable. You may also be required to:

(i)     respond to written discovery and provide documents, including emails and text messages;

2

**FOR QUESTIONS CONTACT DANIEL LEVIN AT (215) 592-1500 or dlevin@lfsblaw.com**

(ii)     travel to give your deposition and provide sworn testimony; and

(iii)    travel to and participate in trial.

You will be separately contacted by Mr. Levin if you are required to do any of the above.

Remaining in this lawsuit does not mean you are entitled to unpaid wages or damages, only that the Plaintiff's attorneys will try to obtain a recovery for you. If you do not prevail, Plaintiff's counsel will bear responsibility for the costs and expenses associated with this lawsuit.

**6.       What happens if I do nothing after receiving this Corrective Notice?**

If you do nothing, you will remain part of the collective and be subject to the requirements described in Paragraph 5.

By remaining in this lawsuit, you agree to have the Plaintiff and her counsel, Mr. Levin, act as your representatives and make decisions on your behalf concerning the case. Decisions made and agreements entered into by the Plaintiff will be binding on you, including approving any settlement, entering into an agreement with counsel regarding payment of attorneys' fees and costs, and deciding all other matters pertaining to this lawsuit.

**7.       What happens if I request to withdraw from the lawsuit?**

If you choose to request to withdraw from the lawsuit, you will not be entitled to share in any amounts recovered by the Plaintiff in this case and will not be affected by any decision regarding those claims, whether favorable or unfavorable, and you will not be responsible for costs and expenses. You will also be free to hire your own lawyer and file your own claims subject to the applicable time periods for asserting such claims. You should be aware that your time to bring FLSA claims is limited by a two- or three-year statute of limitations, and withdrawing from this action, or proceeding separately, may result in some or all of your claims expiring.

If you wish to withdraw, please contact Plaintiff's Counsel, Daniel Levin at (215) 592-1500 or dlevin@lfsblaw.com.

**8.       How can I get more information?**

If you have any questions, you may write, e-mail or call counsel for the Plaintiff:

**LEVIN SEDRAN & BERMAN LLP**
Daniel Levin, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
dlevin@lfsblaw.com

**PLEASE DO NOT CONTACT THE COURT WITH QUESTIONS ABOUT THIS NOTICE.**

3

**FOR QUESTIONS CONTACT DANIEL LEVIN AT (215) 592-1500 or dlevin@lfsblaw.com**

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **LISA PIAZZA, individually and on behalf of all others similarly situated,** | |
| Plaintiff, | |
| v. | Case No.  20-cv-3187 |
| **NEW ALBERTSONS, INC., JEWEL FOOD STORES, INC., and AMERICAN DRUG STORES, LLC d/b/a JEWEL-OSCO,** | Honorable Mary M. Rowland |
| | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO WITHDRAW JASON CONWAY AS COUNSEL FOR PLAINTIFFS

Plaintiff Lisa Piazza ("Plaintiff"), on behalf of herself and the putative class and collective, by and through the undersigned counsel and pursuant to Local Rule 83.17, and for her Unopposed Motion for Leave to Withdraw Jason Conway ("Mr. Conway") as Counsel for Plaintiffs, states as follows:

1.       On June 4, 2020, the Court granted Mr. Conway's Motion for Leave to Appear *Pro Hac Vice* on behalf of Plaintiff and the putative class and collective. (Dkt. 9).

2.       As set forth in the Parties' Joint Stipulation Regarding Defendants' Emergency Motion and corresponding Joint Motion for Court Approval and Entry (Dkt. 212), Plaintiff respectfully requests leave to withdraw Mr. Conway of Conway Legal, LLC as counsel of record for Plaintiff and the putative class and collective in this matter.

3.       Plaintiff and the putative class and collective will continue to be represented in this matter by Levin, Sedran & Berman LLP.

4.       Plaintiffs' counsel conferred with defense counsel who stated that Defendants do

not oppose this motion.

      WHEREFORE, Plaintiff respectfully requests that the Court grant her unopposed motion and permit Jason Conway of Conway Legal, LLC to withdraw his appearance as attorney of record for Plaintiff and the putative class and collective in this matter.

Dated: July 24, 2023

                    Respectfully Submitted,

                    *s/ Jason Conway*
                    Jason Conway, Esq.
                    **CONWAY LEGAL, LLC**
                    1700 Market Street, Suite 1005
                    Philadelphia, PA 19103
                    Telephone: (215) 278-4782
                    Fax: (215) 278-4807
                    jconway@conwaylegalpa.com

                    Daniel Levin, Esq.
                    Nicholas J. Elia, Esq.
                    **LEVIN SEDRAN & BERMAN LLP**
                    510 Walnut Street, Suite 500
                    Philadelphia, PA 19106-3697
                    Telephone: (215) 592-1500
                    dlevin@lfsblaw.com
                    nelia@lfsblaw.com

                    ***Attorneys for Plaintiff and the ASD Class and ASD Collective***

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on July 24, 2023, I caused a true and correct copy of the aforementioned

document to be served on all counsel of record in this matter through operation of the Court's

CM/ECF system.

*/s/ Jason Conway*
Jason Conway
