IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA PIAZZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW ALBERTSONS, INC., JEWEL FOOD STORES, INC., and AMERICAN DRUG STORES, LLC d/b/a JEWEL-OSCO,<br><br>Defendant. | Case No. 20-cv-3187<br><br>Honorable Mary M. Rowland<br><br>Magistrate Judge Sheila M. Finnegan |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff hereby moves for final certification and approval of the Settlement in the above matter. For the reasons set forth in the accompanying memorandum of law, Plaintiff respectfully requests this Court grant final approval of the Settlement.

Dated: October 30, 2023

Respectfully submitted,

*/s/ Daniel C. Levin*

Daniel C. Levin, Esq.
Nicholas J. Elia, Esq.
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
dlevin@lfsblaw.com
nelia@lfsblaw.com

*Attorneys for Plaintiff and the ASD Class and ASD Collective*