UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Lisa Piazza
                        Plaintiff,

v.                                                         Case No.: 1:20−cv−03187
                                                            Honorable Mary M. Rowland

New Albertsons, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 14, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: In person motion hearing held. For the reasons stated on the record, Plaintiff's unopposed motion for approval of settlement [230] is granted. The court has reviewed the motion and, for the reasons stated on the record, finds the settlement and the amount of legal fees to be fair and reasonable. Enter Final Judgment Order. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.