IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA PIAZZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW ALBERTSONS, INC., JEWEL FOOD STORES, INC., and AMERICAN DRUG STORES, LLC d/b/a JEWEL-OSCO,<br><br>Defendants. | Case No. 20-cv-3187<br><br>Honorable Mary M. Rowland<br><br>Magistrate Judge Sheila M. Finnegan |

## FINAL JUDGMENT ORDER

On  November 14 , 2023, this action came on for hearing to consider Plaintiff's Motion for an Order Approving a Final Settlement and Certifying the Settlement Collective.

1. The Court finds:

    a. The Collective is currently made up of similarly situated current and former Assistant Store Directors;

    b. The Named Plaintiff's claims are similarly situated to the Collective;

    c. The Named Plaintiff adequately represents the interests of the Collective; and

    d. The Settlement Agreement between the Collective is fair, reasonable and adequate.

2. The Court certifies the following Settlement Collective:

    All current and former Assistant Store Directors ("ASD's") employed by Defendants on August 26, 2017 – February 3, 2021

1

>within the United States at any time who were classified as exempt from overtime compensation (the "ASD Collective").

3. The Settlement Agreement is hereby approved pursuant to 29 U.S.C. § 201 *et seq.*

4. All claims of the Named Plaintiff and the Collective that were asserted against Defendants in this action are dismissed with prejudice, with each party to bear its own costs, except as provided for in the Settlement Agreement.

5. This Court hereby approves Plaintiff's Counsel's fees in the amount of $58,500.00.

6. This Court hereby approves Plaintiff's Counsel's expenses in the amount of $105,000.00.

7. This Court hereby approves payment of incentive awards to Named Plaintiff Lisa Piazza in the amount of $2,500, and Discovery Opt-Ins Robert Kisielewicz and John Carlson in the amount of $1,000 each.

8. This Court hereby appoints Rust Consulting as Administrator of the Settlement.

9. Without affecting in any way the finality of the final judgment to be entered pursuant to this Order, this Court hereby retains continuing jurisdiction over the implementation, enforcement and performance of the Settlement Agreement.

10. This Court directs that a final judgment be entered in this action disposing finally of the claims of the Named Plaintiff and the Collective against Defendants.

*Mary M Rowland*
UNITED STATES DISTRICT JUDGE